AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>PRATT, ROBERT W | **2. Court or Organization**<br><br>US DISTRICT COURT - SO IOWA | **3. Date of Report**<br><br>04/24/2006 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE-ACTIVE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2005<br>to<br>12/31/2005 |
| **7. Chambers or Office Address**<br><br>US COURTHOUSE<br>123 E. WALNUT STREET<br>DES MOINES, IA 50309 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 A 11: 09 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | STATE OF IOWA - WAGES |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Constitution Society | April 2005 - Palo Alto, CA, Speaker on Legal Education (Travel & Lodging) |
| 2. | American Constitution Society | April 2005 - Cambridge, MA, Speaker on Legal Education (Travel & Lodging) |
| 3. | American Constitution Society | July 2005 - Washington, DC, Annual Convention (Travel & Lodging) |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | J | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. ACTIVE ASSETS MONEY TRUST | B | Interest | K | T | | | | | |
| 4. MORGAN STANLEY BANK | A | Interest | L | T | | | | | |
| 5. IOWA HIGHER ED LN AUTH REV PVT CLG FAC CENTER | C | Interest | | | REDEEMED | 10/3 | L | | |
| 6. IOWA ST BRD REGENTS AUD REV ST UNIV OF IOWA 5600 | B | Interest | K | T | | | | | |
| 7. KIRKWOOD CMNTY CLG IA NEW JOBS TRAINING CTFS | A | Interest | | | REDEEMED | 6/1 | K | | |
| 8. MARSHALLTOWN IA SWR REV SER A BK QUAL | B | Interest | | | REDEEMED | 6/1 | K | | |
| 9. PORT EVERETT WA REV REF SER B 4.30% | B | Interest | L | T | | | | | |
| 10. OMAHA PUB PWR DIST NEB ELEC REV SER E BE OID | A | Interest | | | REDEEMED | 2/1 | J | | |
| 11. ARKANSAS ST DEV FIN AUTH SNGL FAM E 4650 | B | Interest | K | T | PARTIAL REDE | 1/1 | J | | |
| 12. ARKANSAS ST DEV FIN AUTH SNGL FAM E 4650 | | | | | PARTIAL REDE | 7/1 | J | | |
| 13. NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER D | B | Interest | K | T | PARTIAL REDE | 3/1 | J | | |
| 14. KANSAS ST DEPT TRANSN HWY REV SER-A 4800 | B | Interest | K | T | | | | | |
| 15. IOWA ST UNIV SCIENCE TECHNOLOGY REV REF UTIL | B | Interest | K | T | | | | | |
| 16. MOHAVE CNTY AZ INDL DEV AUTH I/D/R CTZNS UTIL CO ID | B | Interest | K | T | | | | | |
| 17. ALBUQUERQUE NM JT WTR & SWR 4750 | A | Interest | | | REDEEMED | 7/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MAINE ST HSG AUTH PRU SER-A 5200 | A | Interest | | | REDEEMED | 2/8 | K | | |
| 19. BOULDER VALLEY COLO SCHOOL DISTRICT RE2 4000 | A | Interest | | | REDEEMED | 12/1 | K | | |
| 20. WICHITA KANSAS GENERAL OBLIGATION 4800 | A | Interest | J | T | | | | | |
| 21. NORTH DAKOTA ST HSG FIN AGY MTG 5250 | B | Interest | K | T | | | | | |
| 22. SNOHOMISH & ISLAND COUNTY WA SCHOOL DISTRICT-401 4100 | A | Interest | K | T | | | | | |
| 23. IOWA ST SPECIAL FUND VISION 3100 | B | Interest | K | T | | | | | |
| 24. YSLETA TX INDPT SCH DIST PUB FAC CORP LEASE REV 4000 | A | Interest | K | T | | | | | |
| 25. RAMSEY & WASHINGTON CNTYS MN RES REC REF NORTHER ST 4100 | A | Interest | K | T | | | | | |
| 26. IOWA STATE SPECIAL FUND VISION 3350 | B | Interest | L | T | | | | | |
| 27. STATE UNIV IOWA REVS CLGE SVGS PRGM ZERO COUPON | A | Interest | K | T | | | | | |
| 28. FORD MOTOR CREDIT NTS 6250 | B | Interest | | | REDEEMED | 12/8 | K | | |
| 29. GENERAL MOTORS ACCEPT CORP 5625 | C | Interest | K | T | | | | | |
| 30. DISCOVER BANK CD 6000 | C | Interest | L | T | | | | | |
| 31. OREGON ST ELDERLY & DISABLED HSG SER-A 2.750% | A | Interest | K | T | | | | | |
| 32. ALASKA HSG FIN CORP HSG DEV SER-B 3.550% | A | Interest | K | T | | | | | |
| 33. COOK CO IL FST PRESV DIST REF SER-A 3.625% | A | Interest | K | T | | | | | |
| 34. WINONA CNTY MINN CAP IMPT PLAN SER-A 3.600% | A | Interest | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WICHITA KS GENL OBLIG SER 769 UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 36. WITCHITA KS GENL OBLIG SER 769 UNLTD TAX 3.600% | A | Interest | K | T | | | | | |
| 37. SIOUX CITY IOWA GEN OBLIG UNLTD TAX 3.500% | B | Interest | L | T | | | | | |
| 38. WEST DES MOINES IOWA GEN OBLIG SER-C 3.600% | A | Interest | J | T | | | | | |
| 39. CONNECTICUT ST HLTH EDL FACS AUTH UIV HARTFORD SER-E 4.000 | A | Interest | K | T | | | | | |
| 40. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 41. OMAHA NE ARPT AUTH ARPT REV REF-FACS 4.000% | A | Interest | J | T | | | | | |
| 42. ADDISON TX GENL OBLIG REF UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 43. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 44. GLENCOE ILL GENL OBLIG BK QUAL UNLTD TAX 4.100% | B | Interest | K | T | | | | | |
| 45. BLOOMINGTON IL GEN OBLIG REF BK QUAL 4.000% | A | Interest | K | T | | | | | |
| 46. WASHINGTON CNTY WISC GENL OBLIG PROM NTS 4.000% | A | Interest | K | T | | | | | |
| 47. WEST CHESTER PA AREA SCH DIST 4.000% | A | Interest | K | T | | | | | |
| 48. WAUKEE IOWA CMNTY SCH DIST REF SER-B 3.300% | A | Interest | K | T | | | | | |
| 49. BOYDEN HULL IOWA CMNTY SCH DIST 4.300% | A | Interest | K | T | | | | | |
| 50. ARIZONA ST TRANSN BRD HWY REV REF SER-A 4.000% | A | Interest | K | T | | | | | |
| 51. PALM BEACH CNTY FL SCH BRD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CTFS PARTN REV SER-A 4.000% | | | | | | | | | |
| 52. OREGON ST DEPT ADMIN SVCS SALEM OREGON SER-C 4.000% | A | Interest | K | T | | | | | |
| 53. AUSTIN TX ELEC UTIL SYS REV 4.000% | A | Interest | K | T | | | | | |
| 54. UNIV NORTHN IA STUDENT UNION SER UNI 4.800% | B | Interest | K | T | | | | | |
| 55. CAPITAL ONE BANK GLEN ALLEN VA CD 5.000% | C | Interest | M | T | | | | | |
| 56. W.DES MOINES GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 57. SHAKOPEE IMPT BE 4.000% | A | Interest | K | T | | | | | |
| 58. SCHILLER GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 59. SCHILLER GO-C BE 4.000% | B | Interest | L | T | | | | | |
| 60. IA ST UNIV SCI & TECH 3300 | A | Interest | K | T | | | | | |
| 61. FLA HSG FIN CORP SER F 3400 | A | Interest | K | T | | | | | |
| 62. IA ST UNIV SCI & TECH 3500 | C | Interest | L | T | | | | | |
| 63. GMAC 5250 | B | Interest | K | T | | | | | |
| 64. PR HWYS TRANS 3400 | A | Interest | K | T | | | | | |
| 65. DES MOINES STORM 4200 | B | Interest | L | T | | | | | |
| 66. LITTLE ELM TEX ISD | A | Interest | J | T | | | | | |
| 67. ILL ST CLG SVGS ZERO | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. NYC GO SER-A 3000 | B | Interest | K | T | | | | | |
| 69. GMAC 3250 | B | Interest | | | REDEEMED | 7/15 | K | | |
| 70. CAPITAL JUMBO CD 2750 | C | Interest | L | T | | | | | |
| 71. MADISON WISC SWR-A 3125 | B | Interest | K | T | | | | | |
| 72. ALTOONA IA GO 3250 | A | Interest | K | T | | | | | |
| 73. WESTERN DUBUQUE CO SD 3200 | A | Interest | K | T | | | | | |
| 74. ODESSA TX HSG FIN CORP ZERO COUPON | A | Interest | J | T | | | | | |
| 75. MINN HIGHER EDUC FACS AUTH 3625 | A | Interest | J | T | | | | | |
| 76. AURORA COLO SINGLE FAM MTG REV SER A ZERO | A | Interest | J | T | | | | | |
| 77. DOUGLAS CO COLO SCH DIST 1 ZERO | A | Interest | K | T | | | | | |
| 78. WASH ST GEN OBLIG MOTOR VEH FUEL TAX ZERO | A | Interest | K | T | | | | | |
| 79. E-470 PUB HWY AUTH COLO ZERO | A | Interest | L | T | | | | | |
| 80. WILL CNTY ILL SCH DIST NO 122 ZERO | A | Interest | J | T | | | | | |
| 81. LAKE CNTY ILL CMNTY SCH DIST NO 050 ZERO | A | Interest | L | T | | | | | |
| 82. VIRGINIA HSG DEV COMWLTH SER A 4250 | B | Interest | K | T | | | | | |
| 83. DES MOINES IOWA STORMWATER 4200 | C | Interest | M | T | | | | | |
| 84. IOWA ST UNIV SCIENCE & TECH 4000 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. FHLB 3000 | C | Interest | L | T | | | | | |
| 86. FHLMC MED TERM NOTE 4000 | B | Interest | K | T | | | | | |
| 87. IA STATE UNIV SCIENCE & TECH 2000 | A | Interest | J | T | BUY | 1/11 | J | | |
| 88. IOWA CITY IA COMM SCH DIST 3000 | A | Interest | J | T | BUY | 5/5 | J | | |
| 89. PUERTO RICO ELEC PWR AUTH SER SS 3300 | A | Interest | K | T | BUY | 4/4 | K | | |
| 90. CENTRAL VALLEY SCH DIST ZERO | A | Interest | K | T | BUY | 2/17 | K | | |
| 91. UNIV CONN REV SER A ZERO | A | Interest | J | T | BUY | 2/17 | J | | |
| 92. WALLA WALLA WASH WATER & WASTE 3625 | C | Interest | L | T | BUY | 6/7 | L | | |
| 93. FHLB 4750 | C | Interest | L | T | BUY | 8/11 | L | | |
| 94. FHLB 4875 | C | Interest | L | T | BUY | 10/12 | L | | |
| 95. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 96. MSDW LIQUID ASSET FUND | C | Interest | L | T | | | | | |
| 97. TRANSCDA PL 8.2500% | B | Interest | J | T | | | | | |
| 98. RYDER SYSTEM INC NOTE SER O | A | Interest | | | SOLD | 5/16 | J | A | |
| 99. SIMON DEBARTOLO GROUP CO GUARANTEE 6875 | A | Interest | | | SOLD | 10/27 | J | A | |
| 100. OCC PETROLEUM 7650 | A | Interest | | | SOLD | 3/28 | J | A | |
| 101. AT&T CORP 6.000% | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. FORD MOTOR CREDIT 5100 | A | Interest | | | SOLD | 7/20 | J | A | |
| 103. HOUSEHOLD FINANCE 5750 | A | Interest | J | T | | | | | |
| 104. AMERICAN ELECTRIC POWER 6125 | A | Interest | J | T | PARTIAL SALE | 4/15 | J | A | |
| 105. GMAC 4400 | B | Interest | K | T | | | | | |
| 106. GMAC 5250 | B | Interest | K | T | | | | | |
| 107. FNMA 4500 | B | Interest | K | T | | | | | |
| 108. FHLMC MTN 5000 | B | Interest | K | T | | | | | |
| 109. FNMA 4500 | B | Interest | K | T | | | | | |
| 110. FHLB 3000 | C | Interest | L | T | | | | | |
| 111. FHLMC MTN 4500 | B | Interest | K | T | | | | | |
| 112. STANDARD & POORS DEP RECPTS | B | Dividend | L | T | | | | | |
| 113. ALTRIA GROUP INC 5625 | B | Interest | K | T | | | | | |
| 114. GMAC 5625 | B | Interest | K | T | | | | | |
| 115. FNMA 4000 | A | Interest | K | T | | | | | |
| 116. STANDARD & POORS MIDCAP 400 | A | Dividend | L | T | | | | | |
| 117. FNMA 4000 | A | Interest | K | T | | | | | |
| 118. ISHARES RUSSELL 2000 INDEX FD | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. PHARMACEUTICAL HOLDERS TR | A | Dividend | K | T | | | | | |
| 120. GMAC 7375 | B | Interest | K | T | | | | | |
| 121. ISHARES MSCI EAFE FUND | A | Dividend | K | T | BUY | 4/14 | K | | |
| 122. FORD MOTOR CREDIT 5850 | C | Interest | K | T | BUY | 1/10 | K | | |
| 123. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 124. ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/24/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date 5-10-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544